# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

133930

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DOUGLAS SHANES, Personal
Representative of the Estate of
Marcella Shanes,
        Plaintiff-Appellee,

v

SHAHZAD A. SHAIKH, M.D.
and W. A. FOOTE MEMORIAL
HOSPITAL,
        Defendants,

and

DR. JAVAID BASHIR,
        Defendant-Appellant,

and

DOCTORS HOSPITAL OF JACKSON,
DR. LOWELL FISHER and NAVEED
SIDDIQI, M.D.,
        Defendants-Appellees.
_____/

SC: 133930
COA: 264651
Jackson CC: 02-000044-NH

      By order of November 29, 2007, the application for leave to appeal the February 20, 2007 judgment of the Court of Appeals was held in abeyance pending the decision in *Braverman v Garden City Hospital* (Docket Nos. 134445-6). On order of the Court, the case having been decided on April 9, 2008, 480 Mich 1159 (2008), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk